■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRAMICK BLANKENSHIP, Appellant. [832 NYS2d 847]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered January 3, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree (two counts) and unauthorized use of a vehicle in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.